against John H. Gelhardt, Jr. No opinion. Judgment of conviction affirmed. See, also, 141 N. Y. Supp. 1136.

PEOPLE, Respondent, v. GLADMAN, Appellant. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Proceeding by the People of the State of New York against George J. Gladman. G. W. Whiteside, of New York City, for appellant. R. S. Johnstone, of New York City, for the People. No opinion. Judgment and order affirmed. Order filed. See, also, 153 App. Div. 898, 138 N. Y. Supp. 1134.

PEOPLE, Respondent, v. GOLDEN, Appellant. (Supreme Court, Appellate Division, Second Department. April 25, 1913.) Proceeding by the People of the State of New York against Jacob Golden. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. GOLDOWITZ, Appellant. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Proceeding by the People of the State of New York against Israel Goldowitz. F. Bien, of New York City, for appellant. L. Fabricant, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. GRASS, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York against John Grass. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. GUALLER, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York against Frederick Gualler. No opinion. Motion to dismiss appeal granted.

PEOPLE v. GUBITOSI. (Supreme Court, Appellate Division, First Department. May 9, 1913.) Proceeding by the People of the State of New York against Gaetano Gubitosi. No opinion. Motion granted. Time extended to May 27th. Settle order on notice.

PEOPLE, Respondent, v. HAINES, Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Proceeding by the People of the State of New York against Oscar Haines. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. HAWKINS, Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Proceeding by the People of the State of New York against May Hawkins.

PER CURIAM. Motion to dismiss appeal denied. The court is ready to hear the case upon the original papers, but the appellant must place the case upon the calendar for the next term, and be ready for argument when reached; otherwise, motion granted.

PEOPLE, Respondent, v. HEDGES, Appellant. (Supreme Court, Appellate Division, Second Department. March 28, 1913.) Proceeding by the People of the State of New York against Blanche Hedges. No opinion. Judgment of conviction of the County Court of Kings County affirmed.

PEOPLE v. HERMAN. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Proceeding by the People of the State of New York against Louis Herman. No opinion. Motion granted. Order filed.

PEOPLE, Respondent, v. HERTZ, Appellant. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Proceeding by the People of the State of New York against Rosa Hertz. L. Levy, for appellant. R. S. Johnstone, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. HIGGINS, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York against Thomas Higgins. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. HILL, Appellant. (Supreme Court, Appellate Division, Second Department. March 28, 1913.) Proceeding by the People of the State of New York against Edith Hill.

PER CURIAM. Judgment of conviction of the County Court of Westchester County reversed, on the ground that there was not sufficient corroborative evidence of the testimony of the complainant, and on the further ground of error at folio 208 of the record on appeal. Order denying motion for new trial reversed, and a new trial ordered.

PEOPLE, Respondent, v. HILL, Appellant. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Proceeding by the People of the State of New York against Lydia Hill. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. HODGETTS, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York against Charles Hodgetts. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. HOGAN, Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Proceeding by the People of the State of New York against William Hogan. No opinion. Motion to dismiss appeal granted.